UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN DEAN ARMSTRONG, #222965,

    Petitioner,

v.

CASE NO. 2:16-CV-13449
HONORABLE NANCY G. EDMUNDS

SHERMAN CAMPBELL,

    Respondent.
                                           /

## ORDER DENYING MOTION FOR FEDERAL HABEAS CORPUS [Dkt. #20]

This matter is before the Court on habeas petitioner Allen Dean Armstrong's second post-judgment motion concerning the Court's dismissal of his habeas petition for failure to comply with the one-year statute of limitations application to federal habeas actions. The Court also denied a certificate of appealability and denied leave to proceed *in forma pauperis* on appeal. The Court has previously denied his motion for reconsideration and objections. While the instant pleading is somewhat difficult to follow, it appears that Petitioner is again seeking reconsideration of the Court's dismissal of his petition.

A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner raises such issues in his motion. Petitioner has also not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). The Court properly dismissed the habeas petition as

untimely and properly denied a certificate of appealability and leave to proceed *in forma pauperis* on appeal. Accordingly, the Court **DENIES** Petitioner's motion. No further pleadings should be filed in this matter. This case is closed.

    **IT IS SO ORDERED**.

                                                      s/ Nancy G. Edmunds
                                                      NANCY G. EDMUNDS
                                                      UNITED STATES DISTRICT JUDGE

Dated: June 13, 2017